IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| **AUTONOMOUS IP, LLC,** § <br> *Plaintiff,* § <br> § <br> **v.** §    NO.   MO:24-CV-00025 <br> § <br> **TESLA, INC.,** § <br> *Defendant.* § | |

## ORDER

Before the Court is Parties' Joint Stipulation of Dismissal Without Prejudice (Doc. 23) filed September 24, 2024. The parties agree and stipulate that Plaintiff's claims against Defendant should be dismissed without prejudice. Federal Rule of Civil Procedure 41(a)(1)(A)(ii) allows a plaintiff to dismiss an action upon filing a stipulation of dismissal signed by all parties who have appeared. Plaintiff has done so. "Stipulated dismissals under Rule 41(a)(1)(A)(ii) . . . require no judicial action or approval and are effective automatically upon filing." *Yesh Music v. Lakewood Church*, 727 F.3d 356, 362 (5th Cir. 2013). The request to dismiss all claims against Defendant is hereby **GRANTED**.

The Court therefore **ORDERS** that the Clerk of Court **CLOSE** this action. Each party shall bear and pay their respective attorney fees and costs herein. All pending motions, if any, are **DENIED AS MOOT**

It is so **ORDERED**.

SIGNED this 25th day of September, 2024.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE